IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

KENNETH R. BETTS,

    Plaintiff,

VS.                                                                                           NO. 2:06-cv-00083-P-B

DONALD SMITH AND THE COCA-COLA
BOTTLING COMPANY OF MEMPHIS, TENN.
AND COCA-COLA ENTERPRISES, INC.,

    Defendants.

AND

GREGORY L. BROWN,

    Plaintiff,

VS.                                                                                   NO. 2:06-cv-00160-P-B

DONALD SMITH AND THE COCA-COLA
BOTTLING COMPANY OF MEMPHIS, TENN.
AND COCA-COLA ENTERPRISES, INC.,

    Defendants.

---

**CONSENT ORDER EXTENDING DISCOVERY DEADLINE**

---

       **BY CONSENT** the Parties have petitioned the Court for consideration and extension of the discovery deadline in this litigation currently set for March 30, 2007 until May 31, 2007. The Motion is well taken and should be granted.

**THEREFORE, IT IS ORDERED** that the discovery deadline in this case is extended until May 31, 2007.

/s/ Eugene M. Bogen
U. S. Magistrate Judge

DATE: April 5, 2007

BY CONSENT:

/s/ Todd B. Murrah            .
TODD B. MURRAH (#8874)
Attorney for Defendants
26 N. Second Street
Memphis, TN 38103
(901) 527-4673
Our File: 06-152


/s/ Don O. Gleason, Jr.  w/p TBM
DON O. GLEASON, JR.
Attorney for Plaintiffs
Gleason & McHenry, P.A.
P. O. Box 7316
Tupelo, MS 38802